**Armand F. ROBERGE, Petitioner,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 21138.

United States Court of Appeals
Ninth Circuit.

May 22, 1967.

Armand F. Roberge, in pro. per.

Mitchell Rogovin, Asst. Atty. Gen., Lee A. Jacksom, Gilbert E. Andrews, Robert H. Solomon, Attys., Tax Div., Dept. of Justice, Washington, D. C., Lester Uretz, Chief Counsel, Internal Revenue Service, Washington, D. C., for appellee.

Before BROWNING, DUNIWAY, and ELY, Circuit Judges.

PER CURIAM:

We have examined the record in the light of petitioner's arguments and conclude that the judgment must be affirmed for the reasons stated in the opinion of the Tax Court. T. C. Memo. 1966–1.

**RPTZ–PATCO, INC., Appellant,**

v.

**PACIFIC INLAND NAVIGATION COMPANY, Inc., Appellee.**

No. 21105.

United States Court of Appeals
Ninth Circuit.

May 3, 1967.

John R. Gilbertson, White, Sutherland & Gilbertson, Portland, Or., James

M. Naylor, John K. Uilkema, Naylor & Neal, San Francisco, Cal., for appellant.

John Gordon Gearin, McColloch, Dezendorf & Spears, Portland, Or., W. Melville Van Sciver, Chicago, Ill., for appellee.

Before JERTBERG and BROWNING, Circuit Judges, and TAYLOR, District Judge.

PER CURIAM:

The decree entered by the district court from which the appeal and cross-appeal were taken is affirmed for the reasons and upon the grounds stated in the opinion of the district court, reported at 253 F.Supp. 796 (D.Or., 1966).